1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHA HER, <br><br>　　　　Plaintiff, <br><br>v. <br><br>MICHAEL J. ASTRUE <br>**Commissioner of Social Security** <br>**of the United States of America,** <br><br>　　　　Defendant. | Case No. CIV-08-1922 CMK <br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

　　　IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from February 9, 2009, to March 31, 2009. This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through March 2009.

/ / / /

/ / / /

/ / / /

Dated: February 9, 2009                         */s/Bess M. Brewer*
                                                BESS M. BREWER
                                                Attorney at Law

                                                Attorney for Plaintiff


Dated: February 9, 2009                         McGregor W. Scott

                                                United States Attorney

                                                /s/  *Elizabeth Fier*
                                                ELIZABETH FIER
                                                Special Assistant U.S. Attorney
                                                Social Security Administration

                                                Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.


 DATED: February 12, 2009

                                                _____
                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE

2