BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHA HER** | Case No. CIV-08-1922 CMK |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from March 31, 2009 to April 15, 2009. This extension is required due to Plaintiff's counsel's extremely heavy briefing schedule and recent illness.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: March 31, 2009 | */s/Bess M. Brewer* | |
| | BESS M. BREWER | |
| | Attorney at Law | |
| | Attorney for Plaintiff | |
| | | |
| Dated: March 31, 2009 | McGregor W. Scott | |
| | United States Attorney | |
| | /s/ *Elizabeth Fier* | |
| | ELIZABETH FIER | |
| | Special Assistant U.S. Attorney | |
| | Social Security Administration | |
| | Attorney for Defendant | |

**ORDER**

APPROVED AND SO ORDERED.

DATED: April 1, 2009

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE